UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-61825-CIV-COHN/WHITE

ANTHONY SIBBLE,

06-60143-CR-COHN

Movant.

vs.

UNITED STATES OF AMERICA,

Respondent.
_____/

### ORDER DENYING MOTION TO VACATE SENTENCE AND CLOSING CASE

THIS CAUSE is before the Court upon the filing of Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 [DE 1] and United States Magistrate Judge White's Report and Recommendation [DE 6].

As no timely objections were filed, the Magistrate Judge's factual findings in the Report and Recommendation are hereby adopted and deemed incorporated into this opinion. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Despite the failure of the Movant to file objections to the Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the report and recommendation and the underlying record in this case, and is otherwise fully advised in the premises. This Court agrees with the recommendations contained in United States Magistrate Judge White's Report and Recommendation [DE 6]. Therefore, it is

**ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 6] is hereby **ADOPTED**;

2. Movant's Motion to Vacate Sentence is **DENIED** [DE 1];

3. All pending motions are hereby **DENIED AS MOOT**;

2. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of March, 2007.

JAMES I. COHN
United States District Judge

Copies to:

Anthony Sibble, *Pro Se*
Anne Ruth Schultz, AUSA
Terrence Thompson, AUSA